UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEREMY LIVINGSTON,

    Plaintiff,

v().

Case No. 22-cv-10021
Hon. Matthew F. Leitman

GENESEE COUNTY, et al.,

    Defendants.
_____/

## ORDER DIRECTING DEFENDANTS TO FILE REPLY BRIEF IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT (ECF No. 28)

On July 13, 2023, Defendants filed a Motion for Summary Judgment (See Mot., ECF No. 28). On August 24, 2023, Plaintiff filed a Response to the Motion for Summary Judgment (See Response, ECF No. 38). It is hereby ordered that Defendants file a reply to Plaintiff's Response to Defendants Motion for Summary Judgment (Mot., ECF No. 38) by no later than **November 22, 2023**.

    **IT IS SO ORDERED.**

                                                      s/Matthew F. Leitman
                                                      MATTHEW F. LEITMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated: November 8, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 8, 2023, by electronic means and/or ordinary mail.

                                         s/Holly A. Ryan
                                         Case Manager
                                         (313) 234-5126