UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEREMY LIVINGSTON,

    Plaintiff,

v.

Case No. 22-cv-10021
Hon. Matthew F. Leitman

GENESEE COUNTY, et al.,

    Defendants.
_____/

### ORDER TERMINATING DEFENDANTS' ORIGINAL MOTION FOR SUMMARY JUDGMENT (ECF No. 28)

On July 13, 2023, Defendants filed a Motion for Summary Judgment. (*See* Mot., ECF No. 28.) On August 8, 2023, Defendants filed an Amended Motion for Summary Judgment. (*See* Mot., ECF No. 34.) In light of Defendants' Amended Motion for Summary Judgment, Defendants' original Motion for Summary Judgment (Mot., ECF No. 34) is **TERMINATED**.

    IT IS SO ORDERED.

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: February 1, 2024

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 1, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
