UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEREMY LIVINGSTON,

    Plaintiff,

v.

                                    Case No. 22-cv-10021
                                    Hon. Matthew F. Leitman

GENESEE COUNTY, et al.,

    Defendants.

_____/

## **ORDER TERMINATING ALL PENDING MOTIONS AS MOOT**

The parties have notified the Court that they have reached a settlement agreement. It is therefore ordered that all pending motions are **TERMINATED AS MOOT**.

    **IT IS SO ORDERED.**

                                                        s/Matthew F. Leitman
                                                         MATTHEW F. LEITMAN
                                                         UNITED STATES DISTRICT JUDGE

Dated:  March 14, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 14, 2024, by electronic means and/or ordinary mail.

                                                           s/Holly A. Ryan
                                                           Case Manager
                                                           (313) 234-5126